UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERAY JEROME SMITH,

    Petitioner,

v.

CATHERINE BAUMAN,

    Respondent.
_____/

Case No. 2:17-cv-176

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: September 4, 2019            /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge